UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIN BOETTCHER,

    Plaintiff,

v.                                                    Case. No. 13-13125
                                                    Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on July 24, 2014

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Plaintiff filed this action challenging Defendant's determination that Plaintiff is not entitled to social security benefits.  This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt. 11], in which the Magistrate Judge recommends that Defendant's Motion for Summary Judgment [dkt. 9] be granted and Plaintiff's Motion for Summary Judgment [dkt. 8] be denied. No objections were filed to the Magistrate's Report and Recommendation, and the time period in which to do so has elapsed.  *See* Fed. R. Civ. P 72(b)(2).

The Court has thoroughly reviewed the court file, the respective motions, and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that the Court ADOPTS the Magistrate Judge's Report and Recommendation [dkt. 11]. Defendant's Motion for Summary Judgment [dkt. 9] is GRANTED and Plaintiff's Motion for Summary Judgment [dkt. 8] is DENIED.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
Date: July 24, 2014         HON. LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE